**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **ALPHA OUMAR SADIO DIALLO,** | : | **Case No. 1:26-cv-228** |
| | : | |
| | : | |
| **Petitioner,** | : | **Judge Jeffery P. Hopkins** |
| | : | |
| **vs.** | : | |
| | : | **Magistrate Judge Chelsey M. Vascura** |
| | : | |
| **Acting Director of** | : | |
| **Enforcement and Removal** | : | |
| **Operations, Detroit Field Office, Immigration and Customs Enforcement,** *et al.*, | | |
| | | |
| **Respondents.** | | |

---

**ORDER SETTING CASE SCHEDULE**

---

The Court previously ordered the parties to confer and propose a case schedule.  (Doc. 4).  Based on that joint proposal (Doc. 5), the Court now **SETS** the following schedule:

- Respondent's Return of Writ Due:                     March 26, 2026

- Petitioner's Reply to Return Due:                      April 9, 2026

**IT IS SO ORDERED.**


March 17, 2026                                                   *Chelsey M. Vascura*
                                                                            CHELSEY M. VASCURA
                                                                            United States Magistrate Judge